[62 NYS3d 809]

In the Matter of RICHARD B. KELLY (Admitted as RICHARD BRETT KELLY), a Suspended Attorney, Respondent. ATTORNEY GRIEVANCE COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, November 2, 2017

## APPEARANCES OF COUNSEL

*Jorge Dopico, Chief Attorney, Attorney Grievance Committee,* New York City (*Kathy W. Parrino* of counsel), for petitioner.

*Richard B. Kelly,* respondent pro se.

## OPINION OF THE COURT

Per Curiam.

Respondent Richard B. Kelly was admitted to the practice of law in the State of New York by the Second Judicial Department on June 9, 1993, under the name Richard Brett Kelly. Respondent last maintained a registered address within the First Judicial Department. By order entered January 30, 2017, this Court suspended respondent from the practice of law pursuant to Judiciary Law § 468-a, for failure to maintain his attorney registration.

The Attorney Grievance Committee seeks an order disbarring respondent, pursuant to Rules for Attorney Disciplinary Matters (22 NYCRR) § 1240.9 (b), on the grounds that he has been suspended under 22 NYCRR 1240.9 (a) (1) and (3), and has neither responded to or appeared for further investigatory or disciplinary proceedings within six months from the date of the order of suspension. Respondent was served with this motion to disbar by first-class mail, certified mail return receipt requested, and by email, but no response has been received.

More than six months have elapsed since this Court's February 16, 2017 order of suspension (2017 NY Slip Op 64550[U]) and respondent has failed to appear or contact the Committee or the Court for a hearing or reinstatement. The basis for respondent's interim suspension involved, among other things, failure to maintain his attorney registration, pay registration fees, update his residential address with the Office of Court Administration, and failure to cooperate with the Committee's investigation. In light of the above, respondent should be disbarred (*Matter of Shedrinsky*, 152 AD3d 132 [1st Dept 2017]; *Matter of Yoo Rok Jung*, 148 AD3d 1 [1st Dept 2017]; *Matter of Jones*, 148 AD3d 113 [1st Dept 2017]).

Accordingly, the Committee's motion for an order disbarring respondent pursuant to 22 NYCRR 1240.9 (b) is granted, and respondent's name is stricken from the roll of attorneys and counselors-at-law in the State of New York, effective immediately.

FRIEDMAN, J.P., RICHTER, ANDRIAS, GISCHE and KAHN, JJ., concur.

Respondent disbarred, and his name stricken from the roll of attorneys and counselors-at-law in the State of New York, effective the date hereof.